UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| **Kimberly Kay Caldwell-Thompson**<br>     PLAINTIFF, | ) ) ) **CASE #: 3:25-CV-716** |
| v. | ) ) |
| **Law Office of Brian T. Gallagher, ESQ**<br>**NDF1, LLC**<br>**Land Home Financial Services, Inc,.**<br>     DEFENDANTs. | ) ) ) **JURY TRIAL DEMANDED** |

COVER LETTER FOR SUMMONSES

Comes now the Plaintiff, by counsel and files the following Summonses

1. Law Office of Brian T. Gallagher, Esq.

2. NDF1, LLC

3. Land Home Financial Services, Inc.

                                        **Kimberly Kay Caldwell-Thompson**

                                        /s/ Jason M. Krumbein, Esq.
                                        Jason M. Krumbein, Esq. VSB#43538
                                        JKrumbein@KrumbeinLaw.com (e-mail)
                                        Counsel for Plaintiff
                                        10307 W. Broad St. Suite 293
                                        Glen Allen, VA 23060
                                        804.592.0792
                                        804.823.2565 (fax)

---

Jason M. Krumbein, Esq. VSB#43538
Counsel for Plaintiff
10307 W. Broad St. Suite 293
Glen Allen, VA 23060
804.592.0792
804.823.2565 (fax)
JKrumbein@KrumbeinLaw.com (e-mail)