**The Marston Agency, Inc.**  09/15/25
11535 Nuckols Road, Suite A
Glen Allen, VA 23059
(800) 308-7790 - (804) 967-9300 (Richmond)

### RETURN ON SERVICE

| | | | |
|---|---|---|---|
| **Plaintiff:** | Kimberly Kay Caldwell-Thompson | **Court:** | United States District Court |
| **Defendant:** | Law Office of Brian T Gallagher Esquire, et al | **Case:** | 3:25-cv-716 |
| **Serve:** | Land Home Financial Services Inc<br>Corporation Service Company<br>100 Shockoe Slip 2nd Floor<br>Richmond, VA 23219 | **Return Date:**<br>**Time:** | |
| **Contact:** | Jason M. Krumbein<br>1650 Willow Lawn Dr, Ste 201<br>Richmond, VA 23230 | **Phone:**<br>**Reference:** | 8045920792 |

**Type(s) of Writ(s)**                                                                 paper:4155517

Summons and Complaint

Witness/Defendant Land Home Financial Services Inc was served according to law, as indicated below:
( ) **PERSONAL** By delivering a copy of the above described process in writing to him/her in person.
( ) **SUBSTITUTE** Being unable to make personal service and not finding the above mentioned person at his/her usual place of abode by delivering a copy of the said process and giving information of it's purport at his usual place of abode to _____ who is a member of his/her family and is the _____ of the above mentioned person, other than a temporary sojourner or guest, and who is the age of 16 years or older.
( ) **POSTED** Being unable to make a personal service and not finding the above mentioned person at his/her usual place of abode nor any member of his/her family the age of 16 years or older at said abode by posting a copy of such process at the front door or at such other door as appears to be the main entrance of such place of abode.
(X) **BUSINESS** At usual place of business or employment during business hours, by delivering the above specified paper(s) and giving information of it's purport to the person found there in charge of such business or place of employment.
( ) **DESIGNEE** Service on an entity pursuant to Code 8.01-513. Name and title _____
( ) Copy mailed to judgement debtor on the date below after serving the garnishee unless a different date is shown below.
( ) Certified Mail
( ) Not Found
( ) Served on Secretary of the Commonwealth

I, _____ hereby certify under penalty of perjury that I am over the age of 18 and not a party or otherwise interested in the subject matter in controversy.

**Served Date:** 9-16-25       **Served Time:** 0900

Signature of Process Server

**State of:** Virginia    **Notary County/City of:** Henrico, VA Beach, Prince William, Rockingham.

I, the undersigned, a Notary Public in and for the above-mentioned jurisdiction, hereby certify that before me appeared the Process Server, who, under oath, stated that service was made as stated above. Sworn before me this 16 day of Sep/Oct 2025

**Notary Public:** _____

| Type of Service: A | Auth Attempts: 1 | Order: 982167 | Same Day Rush: No | 1 Day Rush: No | 2 Day Rush: No |
|---|---|---|---|---|---|
| **Attempts** | -1- | -2- | -3- | -4- | -5- | -6- |
| Date: | | | | | | |
| Time: | | | | | | |
| Server: | | | | | | |

**REMARKS -**

Rene Nordquist, per affidavit

