UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| **Kimberly Kay Caldwell-Thompson**<br>    PLAINTIFF, | )<br>)   CASE #: 3:25-CV-716-HEH<br>) |
| v. | )<br>) |
| **Law Office of Brian T. Gallagher, ESQ**<br>**NDF1, LLC**<br>**Land Home Financial Services, Inc,.**<br>    DEFENDANTs. | )<br>)<br>)   **JURY TRIAL DEMANDED**<br>) |

NOTICE OF PENDING SETTLEMENT

Comes now the Plaintiff, by counsel and gives notice to the court that the parties have reached a settlement and anticipate filing a notice of dismissal within 21 days.

Kimberly Kay Caldwell-Thompson

/s/ Jason M. Krumbein, Esq.
Jason M. Krumbein, Esq. VSB#43538
JKrumbein@KrumbeinLaw.com (e-mail)
Counsel for Plaintiff
10307 W. Broad St. Suite 293
Glen Allen, VA 23060
804.592.0792
804.823.2565 (fax)

---

Jason M. Krumbein, Esq. VSB#43538
Counsel for Plaintiff
10307 W. Broad St. Suite 293
Glen Allen, VA 23060
804.592.0792
804.823.2565 (fax)
JKrumbein@KrumbeinLaw.com (e-mail)

CERTIFICATE OF SERVICE

I hereby certify that on this 3 October 2025 I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

# NONE

And to the following non-filing users:

Brian T. Gallagher, Esq.
Galagher|Elden
1906 Towne Center Blvd, Suite 275
Annapolis, MD 21401
bGallagher@G-ELaw.com (email)

/s/ Jason M. Krumbein, Esq.
Jason M. Krumbein, Esq. VSB#43538
JKrumbein@KrumbeinLaw.com (e-mail)
Counsel for Plaintiff
10307 W. Broad St. Suite 293
Glen Allen, VA 23060
804.592.0792
804.823.2565 (fax)

Jason M. Krumbein, Esq. VSB#43538
Counsel for Plaintiff
10307 W. Broad St. Suite 293
Glen Allen, VA 23060
804.592.0792
804.823.2565 (fax)
JKrumbein@KrumbeinLaw.com (e-mail)