UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| Kimberly Kay Caldwell-Thompson )<br>    PLAINTIFF, )<br> )<br>v. )<br> )<br>Law Office of Brian T. Gallagher, ESQ )<br>NDF1, LLC )<br>Land Home Financial Services, Inc,. )<br>    DEFENDANTs. | CASE #: 3:25-CV-716-HEH<br><br><br><br><br>JURY TRIAL DEMANDED |

## NOTICE OF DISMISSAL

Comes now the Plaintiff, by counsel and gives notice to the court that this matter is

DISMSISSED WITH PREJUDICE. Each party shall bear their own fees and costs to date.

The Court shall retain jurisdiction to enforce the terms of the settlement agreement.

                                Kimberly Kay Caldwell-Thompson

                                /s/ Jason M. Krumbein, Esq.
                               Jason M. Krumbein, Esq. VSB#43538
                               JKrumbein@KrumbeinLaw.com (e-mail)
                               Counsel for Plaintiff
                               10307 W. Broad St. Suite 293
                               Glen Allen, VA 23060
                               804.592.0792
                               804.823.2565 (fax)

Jason M. Krumbein, Esq. VSB#43538
Counsel for Plaintiff
10307 W. Broad St. Suite 293
Glen Allen, VA 23060
804.592.0792
804.823.2565 (fax)
JKrumbein@KrumbeinLaw.com (e-mail)

CERTIFICATE OF SERVICE

I hereby certify that on this 22 October 2025 I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

# NONE

And to the following non-filing users:

Brian T. Gallagher, Esq.
Galagher|Elden
1906 Towne Center Blvd, Suite 275
Annapolis, MD 21401
bGallagher@G-ELaw.com (email)

/s/ Jason M. Krumbein, Esq.
Jason M. Krumbein, Esq. VSB#43538
JKrumbein@KrumbeinLaw.com (e-mail)
Counsel for Plaintiff
10307 W. Broad St. Suite 293
Glen Allen, VA 23060
804.592.0792
804.823.2565 (fax)

Jason M. Krumbein, Esq. VSB#43538
Counsel for Plaintiff
10307 W. Broad St. Suite 293
Glen Allen, VA 23060
804.592.0792
804.823.2565 (fax)
JKrumbein@KrumbeinLaw.com (e-mail)