IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

KIMBERLY KAY CALDWELL-THOMPSON, )
)
    Plaintiff, )
)
v. ) Civil Action No. 3:25-cv-716–HEH
)
LAW OFFICE OF BRIAN T. GALLAGHER, )
ESQ., *et al.*, )
)
    Defendants. )

### FINAL ORDER

THIS MATTER is before the Court on Plaintiff Kimberly Kay Caldwell-Thompson's ("Plaintiff") Notice of Dismissal (ECF No. 7), filed on October 22, 2025, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). Plaintiff represents that a settlement has been reached with Defendants. Therefore, upon due consideration, it is ORDERED that this action is DISMISSED WITH PREJUDICE, each party to bear its own costs and fees. The Court, however, shall retain jurisdiction for the sole purpose of enforcing the terms of the settlement agreement pursuant to *Kokkonen v. Guardian Life Insurance Co.*, 511 U.S. 375 (1994).

The Clerk is directed to send a copy of this Order to all counsel of record.

This case is CLOSED.

It is so ORDERED.

                                                       /s/
                                        Henry E. Hudson
                                        Senior United States District Judge

Date: Oct. 23, 2025
Richmond, Virginia